# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2890

United States of America

Plaintiff - Appellee

v.

Robert J. Thomas, Jr.

Defendant - Appellant

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:18-cr-00272-GAF-1)

**JUDGMENT**

Before BENTON, MELLOY, and KELLY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the appeal is dismissed in accordance with the opinion of this Court.

March 16, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans