UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROBERT J. THOMAS, JR., | ) |
| Movant, | ) ) ) |
| vs. | ) Case No. 22-0221-CV-W-GAF-P |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

## O R D E R

This case involves a motion to vacate sentence pursuant to 28 U.S.C. § 2255. Previously, the Court ordered Movant to file a reply to the Government's response by May 26, 2022. Doc. 5. Movant has failed to do so. Therefore, this cased is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Movant's failure to comply with the Court's order. Movant is advised that any motion to reopen this case will be denied unless it is filed in a timely manner and accompanied by a reply to the Government's response. Movant also is advised that, although his claims are dismissed without prejudice, they are subject to the period of limitation set out in § 2255(f).

So **ORDERED.**

/s/ Gary A. Fenner
GARY A. FENNER
UNITED STATES DISTRICT JUDGE

Kansas City, Missouri,

Dated: June 6, 2022.